**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

August 07, 2014

Hon. Jim Vollers
Attorney At Law
2201 Westover Road
Austin, TX 78703
* DELIVERED VIA E-MAIL *

Hon. Robert E. Bell
District Attorney
115 W. Main Street, Rm. 205
Edna, TX 77957
* DELIVERED VIA E-MAIL *

Hon. Luis A. Martinez
Attorney at Law
209 W. Juan Linn
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Mr. Everett Louis Kelley
TDCJ# 01840018
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

Re:     Cause No. 13-13-00175-CR
Tr.Ct.No. 12-1-8753
Style:   EVERETT LOUIS KELLEY A/K/A EVERETT SAM KELLEY v. THE STATE
         OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       24th District Court
       Hon. Sharon Mathis, Jackson County District Clerk